**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

December 28, 1999

Catherine Flynn
Mead & Flynn, P.A.
407 Court Square Building
200 East Lexington Street
Baltimore, Maryland 21202

Ned. S. Kodeck, Esquire
Suite 203
8 Reservoir Circle
Baltimore, Maryland 21208

    Re:    <u>Brian P. Nichols v. Comcast Cablevision</u>
             Civil Action No. WMN-98-3091 (Magistrate Judge Gesner)

Dear Counsel:

    I understand that you have inquired into the status of my disposition of defendant's motion for summary judgment. I will issue an opinion on this motion no later than January 14, 1999. Pursuant to the scheduling order, your pretrial order, voir dire, motions in limine, jury instructions, and special verdict form are due on January 7, 2000. Please note that I am changing this deadline such that those items previously due on January 7th will now be due fourteen days after the date of my opinion on defendant's motion for summary judgment.

    Despite the informal nature of this letter, it shall constitute an Order of Court, and the clerk is directed to docket it accordingly.

                                 Very truly yours,

                                 Beth P. Gesner
                                 United States Magistrate Judge

cc:    Court File